

# Fourth Court of Appeals
## San Antonio, Texas

**JUDGMENT**

No. 04-25-00070-CV

**IN THE INTEREST OF A.M.V.**, a Child

From the 288th Judicial District Court, Bexar County, Texas
Trial Court No. 2024PA00119
Honorable Raul Perales, Judge Presiding

BEFORE CHIEF JUSTICE MARTINEZ, JUSTICE BRISSETTE, AND JUSTICE MCCRAY

In accordance with this court's opinion of this date, we AFFIRM the trial court's order terminating A.G.'s parental rights. Because A.G. is indigent, no costs of this appeal are assessed against her.

SIGNED May 28, 2025.

_____
Lori Massey Brissette, Justice